IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BUZZ OFF INSECT SHIELD, LLC, a North Carolina limited liability company, and INTERNATIONAL GARMENT TECHNOLOGIES, LLC, a North Carolina limited liability company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:05CV363 |
| S.C. JOHNSON & SON, INC., a Wisconsin corporation, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| S.C. JOHNSON & SON, INC., a Wisconsin corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:05CV739 |
| BUZZ OFF INSECT SHIELD, LLC, a North Carolina limited liability company, and INTERNATIONAL GARMENT TECHNOLOGIES, LLC, a North Carolina limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Based on the Jury Verdict in this case, and this Court's Order and Memorandum Opinion entered contemporaneously herewith,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of Plaintiff S.C. Johnson & Son, Inc. for $280,000.00 against Defendants Buzz Off

Insect Shield, LLC and International Garment Technologies, LLC, in addition to the Permanent Injunction entered contemporaneously herewith, on Plaintiff's claim for Trademark Infringement related to the common law mark assigned to Plaintiff by Maryed International, Inc.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other claims are DISMISSED WITH PREJUDICE.

FINALLY, IT IS ORDERED, ADJUDGED AND DECREED that SCJ's Motion for a New Trial on the False Advertising Claims [Doc. #312] is DENIED; BOIS's Motion for Judgment as a Matter of Law on the Trademark Infringement Claim [Doc. #295] and Motion for Judgment as a Matter of Law with Respect to the Jury's Determination of Willfulness [Doc. #297] are both DENIED; BOIS's Motion for Judgment as a Matter of Law and to Alter or Amend the Judgment as to Damages [Doc. #299] is DENIED; SCJ's Motion to Enhance the Damages Award [Doc. #301] is DENIED; SCJ's Motion for Attorneys' Fees under the Lanham Act [Doc. #318] and Motion for Prejudgment Interest under the Lanham Act [Doc. #314] are both DENIED; SCJ's Motion for Attorneys' Fees and Expenses based on BOIS's Failure to Admit Certain Requests for Admissions [Doc. #306] is DENIED; BOIS's Motion for Attorneys' Fees [Doc. #304] is DENIED; SCJ's Motion for a Nationwide Injunction [Doc. #316] is GRANTED as set out in a separate Permanent Injunction Order entered contemporaneously herewith; BOIS's Conditional Motion for a New Trial [Doc. #311] is DENIED; and BOIS's request for oral argument [Doc. #366] is DENIED.

Each side will bear its own costs.

This, the 6th day of March, 2009.

                                                      United States District Judge